[No. 7143–0–III.   Division Three.   February 20, 1986.]

*In the Matter of the Marriage of* BETSY J.
MILLAR, *Respondent, and* TRACY MILLAR,
*Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–3–02552–1, Harold D. Clarke, J., entered May 13, 1985. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6774–2–III.   Division Three.   February 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
CLAYTON BROCK, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. C–2127, Philip H. Faris, J., entered October 12, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 7567–9–II.   Division Two.   February 21, 1986.]

RODNEY D. HANSON, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 30642, Grant S. Meiner, J., entered January 12, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.